No. 604. JAMES *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Vermilion County, Illinois, denied.

No. 610. DORSCH *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 611. DUNCAN *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 612. TARVER *v.* SULLIVAN, DIRECTOR OF THE DEPARTMENT OF PUBLIC SAFETY, ET AL. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 614. SMITH *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Peoria County, Illinois, denied.

No. 615. TAYLOR *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 626. MONDER *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 724. MONKS *v.* LEE. See *ante,* p. 696.